UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 24 P 12: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BRIAN ROGERS,<br>    Plaintiff<br><br>V.<br><br>MORAN TOWING & TRANSPORATION<br>CO., INC.,<br>    Defendant | )<br>)<br>)<br>)<br>)  Civil Action<br>)  No. 04-11448 RCL<br>)<br>)<br>)<br>)<br>) |

### SEAMAN'S AFFIDAVIT

I, DAVID F. ANDERSON, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1. The Plaintiff, BRIAN ROGERS, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

_____
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 6-23-04

### COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this 23rd day of June, 2004

_____
Notary Public
My commission expires 9-22-06

DONNA M. TEMPESTA
Notary Public
Commonwealth of Massachusetts
My Commission Expires Sep 22, 2006