UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN ROGERS,<br><br>                            Plaintiff<br><br>v.<br><br>MORAN TOWING & TRANSPORTATION CO., INC.,<br><br>                            Defendant | CIVIL ACTION NO. 04-11448-RCL |

### LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MORAN TOWING CORPORATION

In accordance with Local Rule 7.3(A), defendant Moran Towing Corporation,[1] by its attorneys, hereby states that its parent corporation is Moran Transportation Company. No publicly held company owns 10% or more of Moran Towing Corporation's stock.

                                                  MORAN TOWING CORPORATION
                                                 By its attorneys,

                                                 _____
                                                 James B. Re (BBO #413300)
                                                 SALLY & FITCH LLP
                                                 225 Franklin Street
                                                 Boston, Massachusetts 02110-2804
                                                 (617) 542-5542

Dated: August 31, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Answer was served upon the attorney of record for each other party by mail, postage prepaid, on August 31, 2004.

                                                 _____
                                                 James B. Re

---

[1] Defendant's correct name is "Moran Towing Corporation," not "Moran Towing & Transportation Co., Inc.," as the defendant is misnamed in the case caption and throughout the complaint.