UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN ROGERS,        Plaintiff<br><br>v.<br><br>MORAN TOWING & TRANSPORTATION CO., INC.,        Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NO. 04-11448-RCL |

**ASSENTED-TO MOTION OF DEFENDANT
MORAN TOWING & TRANSPORTATION CO., INC.
TO CONTINUE SCHEDULING CONFERENCE**

With the gracious assent of plaintiff's counsel, David F. Anderson, and after a joint telephone conference call concerning scheduling that counsel for both parties had with Courtroom Clerk Lisa M. Hourihan today, October 6, 2004, defendant Moran Towing Corporation moves that the Initial Scheduling Conference in this matter be continued from its present time and date of 2:30 p.m. on October 21, 2004 to 2:30 p.m. on October 27, 2004. The ground for this request is that undersigned defense counsel must be in Washington, D.C. on October 21 and 22 for a previously-scheduled court appearance in another matter. That matter involves four parties and their counsel, who already have made travel plans, so that rescheduling it would entail a good deal of difficulty and expense.

ASSENTED TO:
Plaintiff's counsel:

_David F. Anderson_
David F. Anderson
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, Massachusetts 02109
(6170 523-1000

MORAN TOWING CORPORATION
By its attorneys,

_James B. Re_
James B. Re (BBO #413300)
SALLY & FITCH LLP
225 Franklin Street
Boston, Massachusetts 02110-2804
(617) 542-5542

Dated: October 6, 2004