# JAMES J. NEWMAN AFFIDAVIT
# EXHIBIT A-1



# MORAN TOWING CORPORATION
## REPORT OF INJURY CLAIM

THIS FORM IS TO BE FILLED OUT BY ANY EMPLOYEE CLAIMING INJURY, WHENEVER POSSIBLE. IT IS NOT TO BE FILLED OUT BY ANYONE ELSE. THE COMPLETED FORM IS TO BE SUBMITTED AS SOON AS PRACTICAL.

SEND TO: Moran Towing Corporation
Two Greenwich Plaza
Greenwich, Connecticut 06830

YOUR NAME: Brian Rogers   POSITION: Deckhand
DATE INJURED: 2-12-03   TIME: 2345
TUB/BARGE: James Turecamo

What happened to you? Hurt my back tying up the boat

How did this come about? Sore last night very painful when I woke up this morning

Were you injured? Back-leg  What part of you? My Back down in my leg
Describe the injury: I have a sharp pain going from my Back-leg
When and where on the vessel did it occur? 2345 on the stern missed stern line pulled it back in got sharp pain
Did anyone witness this? no   Who? 
Whom did you report this to? Capt. Kevin Denning
When? 0600 this morning
Were you treated on board? no   By whom? 
What treatment did you receive on board? 
When did you receive it? 

(Signature) Brian Rogers
(Date) 2-13-03

Rev. 9/1/99

# JAMES J. NEWMAN AFFIDAVIT
# EXHIBIT A-2



# MORAN TOWING CORPORATON
## REPORT OF INJURY CLAIM

THIS FORM IS TO BE FILLED OUT BY ANY EMPLOYEE CLAIMING INJURY, WHENEVER POSSIBLE. IT IS NOT TO BE FILLED OUT BY ANYONE ELSE. THE COMPLETED FORM IS TO BE SUBMITTED AS SOON AS PRACTICAL.

SEND TO: Moran Towing Corporation
Two Greenwich Plaza
Greenwich, Connecticut 06830

YOUR NAME: Brian Rogner  POSITION: Deckhand
DATE INJURED: 7-24-03  TIME: 11:30 AM
TUB/BARGE: James Turecano

What happened to you? I Hurt My lower back

How did this come about? Lifting the top of the Paint Locker

Were you injured? Yes  What part of you? Lower back
Describe the Injury: Lower back Pain going down Right leg
When and where on the vessel did it occur? Boat Deck

Did anyone witness this? no  Who?
Whom did you report this to? Wes Dagget Capt Kevin Denning
When? 7-25-03  0600
Were you treated on board? no  By whom?
What treatment did you receive on board? I rested it over night pain still there
When did you receive it?

(Signature) Brian Rogner
(Date) 7-25-03

Rev. 9/1/91

# JAMES J. NEWMAN AFFIDAVIT
# EXHIBIT B

**MORAN TOWING CORPORATION**
50 Locust Avenue
New Canaan, CT 06840
(203) 442-2800

✗

**JAMES TURECAMO**  2/12/03

| Rank | SS# | Phone no. | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Captain | 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 | 607-757-9237 | DENNING, KEVIN G. | 935 BYFORD BLVD | ENDWELL | NY | 13760 |
| Mate | 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 | 215-659-6566 | MOTTOLA, JAMES | 117 KREWSON TERRACE | WILLOW GROVE | PA | 19090 |
| Ch. Engr. | 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 | 239-731-7526 | WARGO, JOSEPH R. | 2205 CLUBHOUSE RD | N FT MYERS | FL | 33917 |
| AB | 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 | 207-354-6788 | DAGGETT, WESLEY | 47 BROOKLYN HEIGHTS ROAD | THOMASEN | ME | 04861 |

**JAMES TURECAMO**  7/24/03

| Rank | SS# | Phone no. | Name | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Captain | 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 | 607-757-9237 | DENNING, KEVIN G. | 935 BYFORD BLVD | ENDWELL | NY | 13760 |
| Mate | 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 | 215-659-6566 | MOTTOLA, JAMES | 117 KREWSON TERRACE | WILLOW GROVE | PA | 19090 |
| Ch. Engr. | 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 | 239-731-7526 | WARGO, JOSEPH R. | 2205 CLUBHOUSE RD | N FT MYERS | FL | 33917 |
| AB | 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 | 207-354-6788 | DAGGETT, WESLEY | 47 BROOKLYN HEIGHTS ROAD | THOMASEN | ME | 04861 |

# JAMES J. NEWMAN AFFIDAVIT
## EXHIBIT C-1

# DAILY LOG - COASTWISE AND OCEAN TUGS

18093

DATE Feb 18 2003
VOYAGE NO.
TUG JAMES TURECAMO
CAPTAIN V. Denning

TOW/HD
FROM
TO

| DECK CREW | | WATCH | ENGINE CREW | | WATCH |
|---|---|---|---|---|---|
| 1st MATE | J. Mottola | | CHIEF ENG. | J. Wargo | |
| 2nd MATE | | | 1st ASST. | | |
| ABLE SEAMAN | W. Daggett | | | | |
| ABLE SEAMAN | | | | | |
| ORDINARY SEAMAN | B. Rogers | | | | |

| TIME | POSITION | TRUE COURSE / SPEED / WIND / SEA / SWELL / BAROMETER / TEMP / VISIBILITY | REMARKS |
|---|---|---|---|
| Tug | Lucy R w/OB 503 | Stream to Pine Tank N.H | 0155 - 0220 |
| O/B | RTC 41 L.T. | T. Dock NH to Erie Basin | 0300 - 1100 |
| Tug | Kristy Ann w/OB. | Peter Hearn 4 Stream to Basin | 1315 - 1335 |
| Tug | Curtis w/O.B. | George Morris L.T. Stream to Basin | 1555 - 1615 |
| Tug | Curtis w/O.B. | RTC 55 L.T. Basin to Stream | 1700 - 1715 |
| O/B | Richmond | Glenwood Landing to Erie Basin | 1955 - 2348 |

COMPLETE ENTIRELY FOR EACH VOYAGE LEG

[signature]

# JAMES J. NEWMAN AFFIDAVIT
# EXHIBIT C-2

# DAILY LOG - COASTWISE AND OCEAN TUGS

**DATE:** July 24, 2003
**VOYAGE NO:**
**TUG:** James Turecamo
**CAPTAIN:** K. Powers

**SIGN. CAPT:** T. Mottola
**CHIEF ENG.:** W. Brockett
**OTHER ENG/DECK:** B. Reyes
**MATE:** T. Vargas

| SHIP | POSITION | FROM | TO | TIME |
|---|---|---|---|---|
| M/V Hoegh e | Westbound @ Race | | | 0445 - 0455 |
| M/V LOS Sauces | MSC Eastbound @ Zone | Race to Pt. | | 0505 - 0525 |
| M/V Kimberly T. w/o.R. Delaware | Stream to Bayonne | | | 0850 - 0910 |
| M/V Hanjin San Francisco | Eastbound @ Zone Break Pt. | | | 1030 (11:45 - 12:00) |
| M/V Hanjin Wilmington | Westbound @ Zone Break Pt. | | | 12:10 - 12:25 |
| M/V Global Highway | 25 Pt. Newark to St. George | | | 1400 - 1500 |
| M/V Carnival Legend | B. 40 M.Oliver to Stres | | | 1630 - 1646 |

26835

# JAMES J. NEWMAN AFFIDAVIT
# EXHIBIT D-1

**Jim Newman**

| | |
|---|---|
| From: | Jim Newman |
| Sent: | Thursday, February 13, 2003 4:51 PM |
| To: | Peter Keyes |
| Cc: | Dan Klaben |
| Subject: | Brian C. Rogers – Back Strain |

File: 70203008

Report from Operations:

On 2/12/03 at 2345 hrs., O.S. Brian Rogers, on tug JAMES TURECAMO, making up to barge at Glenwood Landing, NY, and while pulling in tug stem line felt a sharp pain in his back. Reported to tug Capt. Kevin Denning and upon return at S.I. went to St. Vct. Hospital Emerg Room for treatment of muscle strain on 2/13/03. Sent home and anticipates RTW in 2 days.

# JAMES J. NEWMAN AFFIDAVIT
# EXHIBIT D-2

**Jim Newman**

From: Peter Keyes
Sent: Friday, July 25, 2003 8:41 AM
To: Dan Klaben; Jim Newman
Subject: Incident Report

File: 70203055

Capt. Denning aboard the JAMES TURECAMO reported that OS Brian Rogers alledged this morning, that he had injured his back yesterday lifting the lid on the paint locker. He was sent to St. Vincents for evaluation.

Peter R. Keyes
Vice President
New York & Offshore Operations
Moran Towing Corporation
tel (203) 625-7839
fax (203) 625-0159
e-mail: pkeyes@morantug.com
24-hour number (203) 625-7836

O.S. Brian C. Rogers.
484 Park Avenue
Portsmouth, R.I. 02871
Tel: 1-401-683-3332
DOB: 12/05/79
DOH: 12/13/02
SS: 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

1