UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN ROGERS,<br>                    Plaintiff<br>v.<br>MORAN TOWING & TRANSPORTATION CO., INC.,<br>                    Defendant | CIVIL ACTION NO. 04-11448-RCL |

## AFFIDAVIT OF PETER KEYES

Peter R. Keyes deposes and says as follows under the penalties of perjury:

1.    I am Vice President of New York & Offshore Operations for Moran Towing Corporation ("Moran").

2.    As Vice President for Operations, I am involved with all aspects of operating Moran's vessels, including crewing of those vessels. Moran maintains records of each occasion upon which each crewmember begins and ends each tour of duty on board one of our vessels.

3.    I have reviewed those records pertaining to the occasions upon which Brian Rogers joined and got off the Moran vessel upon which he served as a crewmember (the tug JAMES TURECAMO) from the date upon which he was hired by Moran, December 13, 2002, until he got off that vessel for the final time, July 25, 2003. Those records show that Mr. Rogers joined and got off Moran's vessel on the following dates at the following locations:

December 13, 2002    Joined at Moran's yard in Staten Island, New York

| | |
|---|---|
| December 25, 2002 | Got off in Boston |
| January 8, 2003 | Joined at Moran's yard in Staten Island, New York |
| January 22, 2003 | Got off in Providence |
| February 5, 2003 | Joined at Moran's yard in Staten Island, New York |
| February 12, 2003 | Got off in Staten Island, New York, following first alleged injury |
| April 2, 2003 | Joined at Moran's yard in Staten Island, New York |
| April 16, 2003 | Got off in Philadelphia |
| April 30, 2003 | Joined in Philadelphia |
| May 14, 2003 | Got off in Baltimore |
| May 28, 2003 | Joined in Richmond |
| June 11, 2003 | Got off in Staten Island, New York |
| June 25, 2003 | Joined at Moran's yard in Staten Island, New York |
| July 9, 2003 | Got off in Staten Island, New York |
| July 23, 2003 | Joined at Moran's yard in Staten Island, New York |
| July 25, 2003 | Got off in Staten Island, New York, following second alleged injury |

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED ON THIS 13TH DAY OF MAY 2005.**

*[signature]*

Peter R. Keyes, Vice President
New York & Offshore Operations