UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
BRIAN ROGERS,                       )
            Plaintiff,              )
                                    )
      v.                            )   CIVIL ACTION NO. 04-11448-RCL
                                    )
MORAN TOWING & TRANSPORTATION )
CO., INC.                           )
            Defendant               )
_____)

ORDER FOR SANCTIONS

Lindsay, District Judge.

    David F. Anderson, Esquire, and James B. Re, Esquire, counsel for the respective parties, are hereby ordered and directed to each pay to the clerk of this court, on or before January 14, 2006, $150.00, by way of a sanction for failure to comply with the court's Pretrial Order entered on September 15, 2005.


    /s/ REGINALD C. LINDSAY
    United States District Judge

DATED: December 30, 2005