# SALLY & FITCH LLP

COUNSELORS AT LAW
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804

TEL: (617) 542-5542
FAX: (617) 542-1542

IN PROVIDENCE, R.I.

56 PINE STREET
PROVIDENCE, R.I. 02903
TEL: (401) 521-6500
FAX: (401) 274-2780

James B. Re
jbr@sally-fitch.com

December 30, 2005

Clerk's Office
United States District Court for the District of Massachusetts
U.S. Courthouse, Suite 2300
One Courthouse Way
Boston, Massachusetts 02210

FILING FEE PAID:
RECEIPT # 69272
AMOUNT $ 150.00
BY DPTY CLK. TDM
DATE 1/4/06

Re:   *Brian Rogers v. Moran Towing & Transportation Co., Inc.*
      United States District Court for the District of Massachusetts
      Civil Action No. 04-11448-RCL

Dear Sir or Madam:

Enclosed is my personal check dated today, payable to "Clerk, U.S. District Court for the District of Massachusetts" in the amount of $150 in payment of my share of the Order for Sanctions entered by Judge Lindsay today. A copy of the Order for Sanctions is enclosed for your ease of reference.

Thank you very much.

Attorney James Re
X Paid

Sincerely yours,

James B. Re

Enclosure

cc:   David F. Anderson, Esquire (with copy of enclosure)

Clerk05-12-30.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN ROGERS,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MORAN TOWING & TRANSPORTATION<br>CO., INC.<br>　　　　　Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-11448-RCL<br>)<br>)<br>)<br>) |

## ORDER FOR SANCTIONS

Lindsay, District Judge.

　　David F. Anderson, Esquire, and James B. Re, Esquire, counsel for the respective parties, are hereby ordered and directed to each pay to the clerk of this court, on or before January 14, 2006, $150.00, by way of a sanction for failure to comply with the court's Pretrial Order entered on September 15, 2005.

　　　　　　　　　　　　　　　　　　/s/ REGINALD C. LINDSAY
　　　　　　　　　　　　　　　　　　United States District Judge

DATED: December 30, 2005