# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

30-31 Union Wharf, Boston, Massachusetts 02109  (617) 523-1000
Portland, ME  (207) 874-6464
Facsimile  (617) 523-7394

2006 JAN 13  P 1:12

DAVID F. ANDERSON**
CAROLYN M. LATTI*
DAVID J. BERG***

OF COUNSEL
MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740  (508) 999-1029
35 Main Street, Gloucester, MA 01930  (978) 281-0605

*ALSO ADMITTED IN ME
**ALSO ADMITTED IN NH & ME
***ALSO ADMITTED IN NH, ME & NY

January 13, 2006

Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

FILING FEE PAID
RECEIPT # 69569
AMOUNT $ 150
BY DPTY CLK
DATE 1-13-06

Re:  Brian Rodgers vs. Moran Towing & Transportation
     C.A. No. 04-11448-RCL

Dear Sir or Madam,

Enclosed please find a check in the amount of $150 representing the payment of sanctions assessed against me in connection with the attached Order by Judge Lindsay.

If you have any questions please do not hesitate to contact me.

Very Truly Yours,

David F. Anderson

DFA
Enclosure
cc: James B. Re

Case 1:04-cv-11448-RCL Document 24 Filed 01/10/2006 Page 2 of 2
Case 1:04-cv-11448-RCL Document 21 Filed 12/30/2005 Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED JAN 03 2006
LATTI & ANDERSON LLP

BRIAN ROGERS,
        Plaintiff,

v.

MORAN TOWING & TRANSPORTATION CO., INC.
        Defendant

CIVIL ACTION NO. 04-11448-RCL

## ORDER FOR SANCTIONS

Lindsay, District Judge.

David F. Anderson, Esquire, and James B. Re, Esquire, counsel for the respective parties, are hereby ordered and directed to each pay to the clerk of this court, on or before January 14, 2006, $150.00, by way of a sanction for failure to comply with the court's Pretrial Order entered on September 15, 2005.

                /s/ REGINALD C. LINDSAY
                United States District Judge

DATED: December 30, 2005