UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN ROGERS,<br><br>　　　　　　　　　Plaintiff<br><br>v.<br><br>MORAN TOWING & TRANSPORTATION CO., INC.,<br><br>　　　　　　　　　Defendant | CIVIL ACTION NO. 04-11448-RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Brian Rogers and defendant Moran Towing Corporation hereby stipulate that this matter is dismissed with prejudice, with all rights of appeal waived, and without costs to either party.


BRIAN ROGERS                                    MORAN TOWING CORPORATION
By his attorneys,                               By its attorneys,


/s/ DAVID F. ANDERSON                           /s/ JAMES B. RE
_____                  _____
David F. Anderson (BBO #560994)                 James B. Re (BBO #413300)
LATTI & ANDERSON LLP                            SALLY & FITCH LLP
30-31 Union Wharf                               225 Franklin Street
Boston, Massachusetts 02109                     Boston, Massachusetts 02110-2804
(6170 523-1000                                  (617) 542-5542


Dated:  January 26, 2006